TIME, INCORPORATED, Plaintiff-Appellant,

v.

UNITED STATES of America, Defendant-Appellee.

No. 126, Docket 29069.

United States Court of Appeals Second Circuit.

Argued Oct. 28, 1964.

Decided Nov. 13, 1964.

George G. Tyler, New York City (David G. Ormsby and Cravath, Swaine & Moore, New York City, on the brief), for plaintiff-appellant.

Arthur S. Olick, Asst. U. S. Atty., New York City (Robert M. Morgenthau,

**860**

U. S. Atty. for Southern District of New York and Laurence Vogel, Asst. U. S. Atty., New York City, and Harry Marselli, Department of Justice, Washington, D. C., on the brief), for defendant-appellee.

Before LUMBARD, Chief Judge, and HAYS and MARSHALL, Circuit Judges.

PER CURIAM:

We affirm the judgment of the District Court for the Southern District of New York for the reasons stated in Judge Levet's opinion, reported at 226 F.Supp. 680 (1964).